RODNEY DALE JONES

V.

TOWN OF MARION

Record No. 990336

January 14, 2000

Present: All the Justices

*Sage B. Johnson* for appellant.
*Mark B. Fenyk* for appellee.

PER CURIAM

We awarded this appeal to review a judgment of the Court of Appeals holding that the failure to offer the accused a preliminary breath analysis, as provided by Code § 18.2-267, did not invalidate the accused's arrest, and that the failure to bring the accused before a magistrate to determine probable cause, as required by Code § 19.2-82, did not deny the accused due process of law. *Jones v. Town of Marion*, 28 Va. App. 791, 508 S.E.2d 921 (1999).

For the reasons stated in the opinion of the Court of Appeals, we will affirm its judgment.

*Affirmed.*